■ JOAN BENSON, Appellant, v E. STEPHEN BENSON, Respondent.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about April 19, 1989, unanimously affirmed, for reasons stated by Walter Schackman, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Ellerin, Smith and Rubin, JJ.

(June 21, 1989)

■ In the Matter of CARL F. GRILLO, as Executive Director of the New York State Liberal Party, Appellant, v CARLOS CUEVAS, as City Clerk of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (Burton S. Sherman, J.), entered June 14, 1989, which granted respondent's cross motion to dismiss the petition brought herein by the Executive Director of the New York State Liberal Party pursuant to CPLR article 78, affirmed, without costs.

Mandamus does not lie to enforce a discretionary act by respondent City Clerk, which any judicial direction to conduct an "examination" of an applicant for appointment as a commissioner of deeds under Executive Law § 140 (2) would necessarily entail. Furthermore, and in any event, the ultimate arbiter of respondent's certification of competence in any given instance is exclusively a legislative matter for the City Council alone to determine. Concur—Kupferman, J. P., Sullivan, Kassal, Wallach and Smith, JJ.